May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

VICTORIA V. OCHSNER, Appellant

NO. 14-11-01081-CV　　　　　　　　　　V.

PRESTON A. OCHSNER, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Preston A. Ochsner, signed October 26, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Victoria V. Ochsner to pay all costs incurred in this appeal.

We further order this decision certified below for observance.